# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Russell D. Collings<br>Attorney at Law, Bar No. 11363 | Case No. 2:20-ms-00007<br><br>ORDER OF SUSPENSION |

On February 4, 2020, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail with a Certified Mail Return Receipt, as to why Mr. Collings should not be suspended from practice before this Court following his suspension by the Nevada Supreme Court. (ECF No. 1.) However, the Court was subsequently informed that there was an issue with delivery of the OSC through no fault of Mr. Collings. The Court therefore issued a Superseding OSC on March 16, 2020 to provide Mr. Collings an additional 30 days to respond to the OSC, mailed via certified mail with a Certified Mail Return Receipt. Nonetheless, no response has been received from Mr. Collings, though more than 30 days have elapsed. Failure to respond within thirty 30 days warrants an Order of Suspension. *See* LR IA 11-7(e)(2).

It is therefore ordered that Russell D. Collings, Bar No. 11363, is hereby suspended from practice in the United States District Court for the District of Nevada.

DATED THIS 24th day of April 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 24th day of April 2020, I caused to be served a true and correct copy of the foregoing Order to Show Cause to the following parties via certified mail, return receipt requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following address:

> Russell D. Collings
> 3451 W. Martin Ave., Suite C
> Las Vegas, NV 89118

Certified Mail No.: 7019 0700 0001 7574 6765

> /s/ Lorena Q.
> Deputy Clerk
> United States District Court,
> District of Nevada